FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

AUG 29 2005

U.S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff(s), ) | 07-M-54 |
| ) | |
| vs. ) | Case No.2:04M2004-001 |
| ) | |
| STEPHEN PATRICK TORREY ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The Defendant having moved the Court for an Order Allowing Him to Enter Yellowstone Park for employment purposes to work on the Canyon Visitor's Center,

And good cause having been demonstrated,

IT IS HEREBY ORDERED that the Defendant is allowed to enter Yellowstone National Park for employment purposes only to work at Canyon Visitor's Center from September 7, 2005 until they can no longer travel to the Park.

BE IT FURTHER ORDERED that the Defendant shall not leave the paved roadway traveling to the job site or leaving the Park from the job site. The Defendant shall remain at the job site at all times while within the exterior boundaries of Yellowstone National Park.

Dated this 29th day of August, 2005.

Stephen E. Cole
U.S. Magistrate Judge

8-29-05