# United States District Court
## For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )      Civil No. 07-MJ-54-SEC |
| | ) |
| STEPHEN PATRICK TORREY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This matter came before the Court upon Defendant's various motions to dismiss. The Court considered the pleadings, all material on file and entered an order granting Defendant's first motion to dismiss and vacating the memorandum of opinion dated September 12, 2006.

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that Defendant's first motion to dismiss is GRANTED and the memorandum of opinion is VACATED.

Dated this   22nd   day of February, 2008.

_____
Stephen E. Cole
United States Magistrate Judge

1